UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-40394
Summary Calendar
_____


DON RAY WHITE,

                                        Plaintiff-Appellant,

                         versus

WAYNE SCOTT; D. GROUNDS;
B. TEAL; JEFF CALFEE;
UNIDENTIFIED LARKINS;
UNIDENTIFIED SMITH,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court for the
Eastern District of Texas
(5:96-CV-15)
_____

August 1, 1996
Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Don Ray White, Texas prisoner #512713, appeals the district
court's dismissal of his 42 U.S.C. § 1983 action as frivolous under
28 U.S.C. § 1915(d).  White argues that the breakfast food he
receives is constitutionally inadequate and constitutes cruel and

---

[*]Pursuant to Local Rule 47.5, the court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in Local Rule 47.5.4.

unusual punishment in violation of the Eighth Amendment.  We have reviewed the record and the district court's opinion and find no abuse of discretion.  <u>Ancar v. Sara Plasma, Inc.</u>, 964 F.2d 465, 468 (5th Cir. 1992).

White's appeal is without arguable merit and is thus frivolous.  <u>See</u>  <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983).  Because his appeal is frivolous, it is DISMISSED. 5th Cir. R. 42.2.  White is cautioned that any future frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.  White is cautioned further to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED; SANCTION WARNING ISSUED.